# IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF FLORIDA
## PANAMA CITY DIVISION

**UNITED STATES OF AMERICA,**

v.                                                   Case No.  **5:11cr23-MW/GRJ**
                                                                **5:15cv66-MW/GRJ**

**RUFINO ROBELO-GALO.**
_____/

## ORDER ACCEPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report

and Recommendation, ECF No. 716, and has also reviewed *de novo* Petitioner's

objections to the report and recommendation, ECF No. 717.

Accordingly,

**IT IS ORDERED**:

The report and recommendation is **accepted and adopted**, over Petitioner's

objections, as this Court's opinion. This Court emphasizes that its predecessor

specifically told Petitioner that neither his lawyer "nor the U.S. Attorney knows how

I may interpret and apply the sentencing guidelines and the sentencing statutes in

your case.  So if my sentence turns out to be different than what your lawyer

predicted, do you understand that you cannot take back your guilty plea?"  ECF No.

492 at 13.  In short, this Court's predecessor informed Petitioner that the sentencing

judge was not bound by his lawyer's prediction, if any.    And, Petitioner

acknowledged he understood.  ECF No. 492 at 13.  The Clerk shall enter judgment

stating, "The Motion under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct

Sentence, ECF No. 597, is **DENIED**. A Certificate of Appealability is **DENIED**."

The Clerk shall close the file.

      **SO ORDERED on March 22, 2018.**

                **s/Mark E. Walker** _____
                **United States District Judge**